FILED
CLERK, U.S. DISTRICT COURT

DEC 14 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 07-02135-M |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| | ) | 18 U.S.C. § 3143(a) |
| JUAN MARTIN RUELAS, | ) | Allegations of Violations of Probation/Supervised Release Conditions) |
| Defendant. | ) | |

On arrest warrant issued by the United States District Court for the _District of Utah_ involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A.  (✓) the appearance of defendant as required; and/or

    B.  (✓) the safety of any person or the community.

    The Court concludes:

    A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by conditions of release. Furthermore, he has an extensive criminal history including multiple felony narcotics trafficking convictions and a felony theft conviction_

B.  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he can abide by conditions of release. Furthermore, records reveal that he is unlawfully in the country and there is a fugitive warrant for him. Moreover, records reveal that he has used multiple aliases/names, variations and numerous dates of birth._

IT IS ORDERED defendant be detained.

DATED: December 14, 2007

_____
CAROLYN TURCHIN
U.S. MAGISTRATE/DISTRICT JUDGE

2